**Order entered December 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01154-CV

## IN RE JAMES D. YOO, KEITH WARD, HANS YOO, YOUNG K. YOO, AND DANNY YOO, Relators

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14351**

## ORDER

Before the Court is Relators' Agreed Motion to Dismiss Petition for Writ of Mandamus.

We **GRANT** the motion and **DISMISS** the petition for writ of mandamus. We **ORDER** the

costs of this original proceeding to be borne by the party incurring the same unless otherwise

provided by agreement of the parties.

/s/   DOUGLAS S. LANG
       JUSTICE